UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BARBARA ROJAS,

    Petitioner,

v.     Case No. 5:22cv117-TKW-MAL

WARDEN, F.C.I. MARIANNA,

    Respondent.

_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determinations that this case should be dismissed because (1) Petitioner failed to exhaust her administrative remedies with respect to her first two claims (denial of sentencing credit for time served and under the First Step Act), and (2) the Court lacks jurisdiction over her third claim (home confinement under the CARES Act). Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 9) is **GRANTED**, and the petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

3. The clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 13th day of January, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No.: 5:22cv117-TKW/MAL